FILED
JAN 1 5 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR120WQH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| EXIQUIO CACHU-AGUNDEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 14, 2007, within the Southern District of California, defendant EXIQUIO CACHU-AGUNDEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 19.04 kilograms (41.89 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/14/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:kmm:Imperial
12/26/07